IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO.: 5:08-526 |
| ) | |
| vs. ) | |
| ) | |
| AVERY T. HAIGLER, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

## NOTICE OF APPEARANCE

YOU WILL PLEASE TAKE NOTICE that Jerry Leo Finney, Esquire of The Finney Law Firm, Inc. has been retained to represent Defendant Avery Haigler in the above-referenced matter. Please list the undersigned as a counsel of record and forward all correspondence and documents accordingly.

        BY:   S/JERRY LEO FINNEY
            JERRY LEO FINNEY
            The Finney Law Firm, Inc.
            2117 Park Street
            Columbia, South Carolina 29201
            (803) 254-7408
            Federal I.D. No.:  6489

Columbia, South Carolina

June 13, 2008