IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMIBA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.:  5:08-CR-589 |
| | ) | |
| vs. | ) | |
| | ) | |
| AVERY HAIGLER, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRE-SENTENCE REPORT

NOW COMES the Defendant, by and through his undersigned attorney, and files this Motion requesting additional time to file objections to the pre-sentence report. Currently the Defendant's objections to the pre-sentence report are due by January 11, 2010. However, due to Attorney Finney's inability to effectively communicate with the Defendant regarding his objections to the pre-sentence report, Attorney Finney is requesting an extension to file objections to the pre-sentence report until Friday, January 15, 2010.

                                               Respectfully submitted,

                                      BY:   S/JERRY LEO FINNEY
                                             JERRY LEO FINNEY
                                             The Finney Law Firm, Inc.
                                             2117 Park Street
                                             Columbia, South Carolina 29201
                                             (803) 254-7408
                                             Federal I.D. No.:  6489

Columbia, South Carolina

January 8, 2010