IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF SOUTH
CAROLINA
ORANGEBURG DIVISION

RECEIVED
USDC CLERK, COLUMBIA, SC

2010 OCT -5  P 2: 18

UNITED STATES OF AMERICA,

CR. NO. 5:08 00589

NOTICE OF APPEAL

V.

AVERY TERRELL HAIGLER

　　　　Comes now the Defendant, Avery Terrell Haigler, Pro se, and hereby gives Notice of Appeal from the judgment and sentence imposed by this court. On September 30, 2010

Respectfully submitted this ____4th____ Day of _Oct_ 2010

x _____[signature]_____